UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ajgor,<br>Plaintiff(s),<br>v.<br>Edlow et al.,<br>Defendant(s). | 26-CV-6895 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

WHEREAS on **August 12, 2026**, Plaintiff filed a petition for writ of mandamus,

IT IS HEREBY ORDERED that the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus within **three weeks of appearance of Counsel for Defendants**. The memorandum shall not exceed fifteen pages. The Government shall file a memorandum of law in opposition to the request for a writ of mandamus within **three weeks of the filing of Plaintiff's briefing**. The memorandum shall not exceed fifteen pages. Plaintiff shall file any reply memorandum **within two weeks of Defendant's opposition briefing.** The reply shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: August 18, 2026
New York, New York

DALE E. HO
United States District Judge